IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

SANDRA J. HARDIN, as personal
representative of the Estate of Bernadine
Wynnyk, and as Trustee of the Bernadine C.
Wynnyk Trust,

                    Plaintiff,

    v.

JACKSON COUNTY,

                    Defendant.

Civil No. 00-3128-CO

O R D E R

      Magistrate Judge Cooney filed his Findings and Recommendation on April 7, 2005.

The matter is now before me. <u>See</u> 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No

objections have been timely filed. This relieves me of my obligation to give the factual

findings <u>de novo</u> review. <u>Lorin Corp. v. Goto & Co., Ltd.</u>, 700 F.2d 1202, 1206 (9th Cir.

1982). <u>See also</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

Having reviewed the legal principles <u>de novo,</u> I find no error.

      THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Cooney's Findings and

Recommendation.

      Dated this _10_ day of May, 2005.

                                 _____/s/ Ann Aiken_____
                                 Ann Aiken, United States District Judge